UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

PCH MUTUAL INSURANCE COMPANY, )
)
    Plaintiff, )
)
v. ) Case No. CV415-088
)
SHADY LANE CARE, INC., et al., )
)
    Defendants. )

## O R D E R

The Court having reviewed and considered the petition of Jennifer A. Kennedy-Coggins of the law firm of Cozen O'Connor, 1230 Peachtree Street, N.E., Suite 400, The Promenade, Atlanta, Georgia 30309, for permission to appear pro hac vice on behalf of plaintiff PCH Mutual Insurance Company, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Jennifer A. Kennedy-Coggins, as counsel of record for plaintiff PCH Mutual Insurance Company, in this case.

**SO ORDERED** this __14th__ day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA