UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| PCH MUTUAL INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. CV415-088 |
| SHADY LANE CARE, INC., et al., | )<br>)<br>) |
| Defendants. | ) |

## ORDER

The Court having reviewed and considered the petition of Shauna Martin Ehlert of the law firm of Cozen & O'Connor, 999 Third Avenue, Suite 1900, Seattle, Washington 98104, for permission to appear pro hac vice on behalf of plaintiff PCH Mutual Insurance Company, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Shauna Martin Ehlert, as counsel of record for plaintiff PCH Mutual Insurance Company, in this case.

**SO ORDERED** this __1st__ day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA