# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| PCH MUTUAL INSURANCE CO., | )<br>)|
| Plaintiff, | )<br>) |
| v. | )<br>) |
| SHADY LANE PERSONAL CARE HOME, INC.; ROSETTA MORRIS; HERMAN MORRIS; SHADY LANE PCH; and CHRISTOPHER GALL, *Individually and as Personal Representative of the Estate of Jeremy Edward Gall*, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. CV415-088 |
| Defendants. | ) |

## ORDER

Over five months ago, this declaratory judgment action arrived via transfer from the Northern District of Georgia. Docs. 5 & 6. Since then, with the exception of an answer by defendant Christopher Gall and two *pro hac vice* motions filed in April and May, 2015, docs. 13, 16 & 18, this case has sat inactive on the Court's docket. The bankruptcy of defendants Rosetta and Herman Morris may explain the inactivity. *See In re Morris*, No. 15-40437 (Bankr. S.D. Ga. 2015) (filed thirteen days after this case).

Cases, however, cannot calcify on this Court's docket. Plaintiff therefore shall, within fourteen days from the date this Order is served, show why the Court should not administratively close this case without prejudice to the right of any party with standing to reopen it. *See, e.g., In re Heritage Sw. Med. Grp. PA*, 464 F. App'x 285, 287 (5th Cir. 2012) ("[A]dministrative closure does not have any effect on the rights of the parties and is simply a docket-management device.").

**SO ORDERED**, this 28th day of August, 2015.

*/s/ M. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA