# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| PCH MUTUAL INSURANCE | ) |
| | ) |
| v. | ) CV 415-88 |
| | ) |
| SHADY LANE CARE, INC.; SHADY | ) |
| LANE PERSONAL CARE HOME, INC.; | ) |
| ROSETTA MORRIS; HERMAN MORRIS; | ) |
| and SHADY LANE PCH; and | ) |
| CHRISTOPHER GALL, Individually | ) |
| and as Personal Representative of the | ) |
| Estate of JEREMY EDWARD GALL | ) |

## ORDER

Plaintiff PCH Mutual Insurance Company, and Defendant Christopher Gall, Individually and as Personal Representative of the Estate of Jeremy Edward Gall, the only defendant who has appeared in this action, by and through their undersigned counsel, have filed a Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and stipulate to the dismissal of this action against all parties with prejudice. All claims are hereby dismissed with prejudice and the Clerk is Ordered to close this case. All parties to bear their own attorneys' fees and costs of this action.

So ORDERED, this ___ day of May, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA